

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00220-CR

**DONALD WALTON,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. 15-23055

## MEMORANDUM OPINION

Donald Walton appeals from the trial court's denial of his "Motion to Perform Discretionary Administrative Procedure under § 1.1 'The Law of Restitution'" and his subsequent "Motion for Hearing." Both motions were denied in the same order signed by the trial court on June 5, 2019.

Jurisdiction must be expressly given to the courts of appeals. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *In re Ford*, 553 S.W.3d 728, 731 (Tex. App.—Waco 2018, orig. proceeding). The standard for determining jurisdiction is not whether the

appeal is precluded by law, but whether the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696 (Tex. Crim. App. 2008); *Ford*, 553 S.W.3d at 731. We have not found any rule or any statutory or constitutional provision that would authorize Walton's appeal from the trial court's June 5, 2019 order. Accordingly, the order is not appealable, we have no jurisdiction to entertain Walton's appeal, and the appeal must be dismissed.

Notwithstanding that this appeal must be dismissed, Walton may file a motion for rehearing with this Court within 15 days after this opinion and judgments are rendered if Walton believes this opinion and judgments are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Walton desires to have the opinion and judgments of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgments are rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

This appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed August 21, 2019
Do not publish
[CR25]

